■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD WALKER, Appellant. [640 NYS2d 36]

Although there was a *Molineux* error arising out of testimony that defendant had been arrested in connection with another robbery, the reference was brief, inadvertent and not repeated (*People v Colon*, 203 AD2d 171, *lv denied* 83 NY2d 966; *People v Maisonet*, 209 AD2d 297, *lv denied* 85 NY2d 864, *cert denied* — US —, 116 S Ct 56), the record was sanitized immediately (*cf.*, *People v Barranco*, 174 AD2d 343), a limiting instruction was given at the close of evidence that the jury is presumed to have followed (*see*, *People v Owens*, 214 AD2d 480, *lv denied* 86 NY2d 799; *cf.*, *People v Taveras*, 143 AD2d 208), and there is no significant likelihood that the jury would have acquitted but for the error (*People v Simmons*, 204 AD2d 214, *lv denied* 84 NY2d 872), making the error harmless. Defendant's remaining contentions are without merit. Concur—Milonas, J. P., Ellerin, Wallach, Nardelli and Mazzarelli, JJ.